

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CSX TRANSPORTATION, INC.**  **PLAINTIFF**

**VERSUS**  **CIVIL ACTION NO.:1:05cv112WJG-JMR**

**PRECISION CONSTRUCTION GROUP, INC.**  **DEFENDANT**

### AGREED JUDGMENT OF DISMISSAL WITHOUT PREJUDICE

THIS CAUSE coming on to be heard on a motion *ore tenus* of the parties to dismiss the above styled and numbered cause, without prejudice, and the Court being fully advised in the premises, finds that the motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above-styled and numbered cause be, and is hereby dismissed without prejudice, with the parties to bear their own costs.

ORDERED AND ADJUDGED this the ____ day of _____, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

Approved:

_____
PATRICK R. BUCHANAN
Attorney for Plaintiff

_____
DAVID L. COBB
Attorney for Defendant